No. 865　　　　November 27, 2024　　　　503

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAMIEN JAY KARP,
*Defendant-Appellant.*

Washington County Circuit Court
22CR42212; A181260

Oscar Garcia, Judge.

Submitted October 30, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Shawn Wiley, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Julia Glick, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Kamins, Judge, and DeVore, Senior Judge.

PER CURIAM

Affirmed. *State v. Horner*, 306 Or App 402, 474 P3d 394 (2020), *modified on recons on other grounds*, 309 Or App 136, 481 P3d 442 (2021); *State v. Parker*, 259 Or App 547, 314 P3d 980 (2013), *rev den*, 355 Or 380 (2014).